LOU ELLEN ADAMS
CIRCUIT CLERK, FORREST COUNTY
P.O. BOX 992
HTTIESBURG, MS. 39403

I, LOU ELLEN ADAMS, CLERK OF THE CIRCUIT COURT

OF FORREST COUNTY MISSISSIPPI, HEREBY CERTIFY

THAT THE FOLLOWING PAPERS ARE ALL PAPERS FILED

IN THE STYLED CAUSE # CI12-0147 FIELD WITH THIS THE

CIRCUIT COURT OF HATTIESBURG, FORREST

MISSISSIPPI TO WIT;

DERRICK STEVERSON

VS

FORREST COUNTY MISSISSIPPI,
FORREST COUNTY SHERIFF'S DEPARTMENT,
FORREST COUNTY SHERIFF BILLY MAGEE,
MS DEPT OF PUBLIC SAFTEY,
COMMISSIONER ALBERT SANTA CRUZ,
TROOPER JAMIE ATKINS & TROOPER CLAY LOFTIN,
INDIVIDUALLY, & IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MS HIGHWAY PATROL,
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY &,
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10

SEE ATTACHED DOCUMENTS
CAUSE #CI12-0147

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS
the 24TH DAY OF SEPTEMBER 2012

LOU ELLEN ADAMS, CIRCUIT CLERK
FORREST COUNTY MISSISSIPPI

BY; _____ D.C.



EXHIBIT

B

```
MCMAPT01                                                                  MCWAPT01/R2
BUSINESS / COMMERCIAL              Judge Robert B. Helfrich
Case Number CI12-0147                                      File No.    20208 Type 1
Styled        STEVERSON DERRICK                            VS
              FORREST CO. MS FORREST CO SHERIFF'S DEPT      42 USC SECTION 1983
Search by Last Name _____      -------------------
              Party Name              Party Type                 Phone Number
 1) Steverson Derrick               PLAINTIFF   ACTIVE    PRIMARY
 2) Forrest Co. Ms Forrest Co She   DEFENDANT   ACTIVE    PRIMARY
 3) Forrest Co Sheriff'S Dept       DEFENDANT   ACTIVE    PRIMARY
 4) Forrest Co Sheriff Billy Mage   DEFENDANT   ACTIVE    PRIMARY
 5) Ms Dept Of Public Saftey        DEFENDANT   ACTIVE    PRIMARY
 6) Commissioner Albert Santa Cru   DEFENDANT   ACTIVE    PRIMARY
 7) Trooper Jamies Atkins           DEFENDANT   ACTIVE    PRIMARY
 8) Trooper Clay Loftin             DEFENDANT   ACTIVE    PRIMARY
 9) Deputy Matt Findley             DEFENDANT   ACTIVE    PRIMARY
10) Captian Glen Moore              DEFENDANT   ACTIVE    PRIMARY
11) Deputy Randal Smith             DEFENDANT   ACTIVE    PRIMARY
12) Barrett,William C               P ATTYS     ACTIVE    PRIMARY   601-973-2270
13)
14)
15)
F1-15 TO EDIT,    F20 TO ADD    F24-IF FINISHED
*BOTTOM*
```

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk

This 24 day of Sep 2012

1     General Docket, Civil Cases, Circuit Court, FORREST COUNTY CIRCUIT COU
=======================================================================
No. CI12-0147                                              CFN    20208

STEVERSON DERRICK                      Counsel for Plaintiff
  Vs.                                  Barrett,William C
                                       Counsel for Defendant
FORREST CO. MS FORREST CO SHERIFF'S DEPT
42 USC SECTION 1983                        JUDGE Robert B. Helfrich
=======================================================================
   DATE                         ORDERS, JUDGMENTS, ETC.              BK/PG
-----------------------------------------------------------------------
 7/13/2012 complaint
 7/13/2012 summons issued 7-13-2012 SMITH,MOORE,FINDLEY,LOFTIN,ATKINS,
           CRUZ,MCGEE,FCSO,FORREST CO BOARD OF SUPERVISORS *RTA 7-13-12
 9/05/2012 SUMMONS RETURNED SERVED 8-31-2012 SMITH,MOORE,FINDLEY,LOFTIN
           ATKINS,CRUZ,FC BOARD OF SUPERVISORS,FC SHERIFF'S DEPT,MAGEE
           PERSONAL SERVICE
 9/24/2012 MAILED TRUE CERTIFIED COPIES TO MS. ATTORNEY GENERAL OFFICE
           ATTENTION SHARON SMITH P O BOX 220 JACKSON MS 39205 ON 9-24
           2012

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lee Ellis Adams, Circuit Clerk

This 29 day Sep 2012

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

### FILED

**DERRICK STEVERSON**                 JUL 13 2012                **PLAINTIFF**

**VS**                                  CAUSE # *CI12- 0147*

FORREST COUNTY CIRCUIT CLERK

**FORREST COUNTY MISSISSIPPI;**                **DEFENDANTS**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### COMPLAINT

COMES Plaintiff, Derrick Steverson, by and through counsel, and files this Complaint

against the Defendants, Forrest County Mississippi; Forrest County Sheriff's Department;

Forrest County Sheriff Billy McGee; Mississippi Department of Public Safety, Commissioner

Albert Santa Cruz; Trooper Jamie Atkins and Trooper Clay Loftin, individually, and in their

professional capacity as officers of the Mississippi Highway Patrol; Deputy Matt Findley,

Captain Glen Moore, and Deputy Randall Smith, individually, and in their professional capacity

as officers of the Forrest County Sheriff's Department (hereinafter "Defendants"), and states as

follows:

### JURISDICTION AND INTRODUCTION

1.      This is an action at law to redress the deprivation under color of statute, ordinance,

regulation, custom, or usage of a right, privilege, and immunity secured to Plaintiff by the

1

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep , 2012
By: _____ D.C.

Fourth, Eighth, and Fourteenth Amendment to the Constitution of the United States, 42 USC §§ 1983 and arising under the law and statutes of the State of Mississippi.

2.  This Court has jurisdiction because the alleged tortuous acts and omissions of the Defendants were committed in whole or in part in the State of Mississippi.

3.  Venue is proper in Forrest County, Mississippi, pursuant to the Mississippi Tort Claims Act, Section 11-46-13, Mississippi Code of 1972, as amended.

4.  The matter in controversy exceeds, exclusive of interest and costs, the sum or value of Fifty Thousand Dollars ($50,000.00).

5.  Plaintiff Derrick Steverson, during all times mentioned in this complaint was a citizen of the United States, and resided in the City of Hattiesburg, State of Mississippi.

6.  At all times relevant herein, Defendants Forrest County Mississippi, Forrest County Sheriff's Department, and Forrest County Sheriff Billy McGee were public entities, organized, or elected under the laws of the State of Mississippi.

7.  At all times relevant herein, Defendants Mississippi Department of Public Safety was a public entity, organized under the laws of the State of Mississippi.

8.  At all times relevant herein, Trooper Jamie Atkins and Trooper Clay Loftin were officers employed by the Defendant Mississippi Department of Public Safety, and are being sued individually and in their official capacities.

9.  At all times relevant herein, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith were employed by the Defendant Forrest County Sheriff's Department and are being sued individually and in their official capacities.

10.  At all times material to this Complaint, Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith acted under the

2

color of their official capacity and their acts were performed under color of the statutes, customs, ordinances and usage of the State of Mississippi, Mississippi Department of Public Safety, and Forrest County Sheriff's Department.

11.     The Individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith were the servants, agents, and employees of their Co-Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department so that their acts are imputed to the Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department.

12.     During all times mentioned here, Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith were acting pursuant to orders and directives from Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department.

13.     Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department provided Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith with official badges and identification cards which designated and described the bearer as law enforcement officers of the Mississippi Highway Patrol or Forrest County Sheriff's Department. Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department are the entities in whose names the individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith performed all acts and omissions described and alleged herein.

14.     During all times mentioned here, the individual Defendants provided Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall

3

Smith acted under color of law, to wit, under color of the statutes, ordinances, regulations, customs and usages of the State of Mississippi and the County of Forrest and the Defendants, Mississippi Department of Public Safety and Forrest County Sheriff's Department. Defendant Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith engaged in the illegal conduct herein mentioned, deprived Plaintiff of the rights, privileges, and immunities secured to by the Fourth, Eighth and Fourteenth Amendment to the Constitution of the United States and the laws of the United States.

15.     As a direct and proximate result of the acts and omissions of Defendants, as further described herein, the Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma in connection with the deprivation of his constitutional and statutory rights guaranteed by the Constitution of the United States.

## PATTERN OF ILLEGAL CONDUCT

16.     The Defendant Forrest County Sheriff's Department and its deputies together with persons unknown to the Plaintiff, acting acting under color of law, have subjected Plaintiff and other citizens to a pattern of conduct consisting of harassment, assault, and excessive force in making an arrest, assault and battery, and unlawful arrest, in denial of rights, privileges, and immunities guaranteed Plaintiff and other citizens by the Constitution of the United States. This systematic pattern of conduct consists of individual acts of excessive force, assault and battery, and humiliation perpetrated on Plaintiff and other citizens by the individual Deputies of the Forrest County Sheriff's Department and other agents, employees and members of the Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department unknown to Plaintiff, acting separately and in concert, under the color of law. These acts of excessive force, assault and battery, and humiliation, while carried out under color of law, have

4

no justification or excuse in law, and are instead gratuitous, illegal, improper, and unrelated to any activity in which law enforcement officers may appropriately and legally engage in the course of protecting persons or property, or ensuring civil order. Despite the fact that they knew or should have known of the fact that this pattern of conduct was being carried out by their agents and employees, Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department have taken no steps or efforts to order a halt to this course of conduct, to make redress to the Plaintiff or other citizens injured thereby, or to take any disciplinary action whatever against any of their employees or agents.

17.     These acts and omissions as described herein were willful and wanton and were committed in deliberate indifference to and in conscious disregard to Plaintiff's health and safety in violation of his constitutional rights under the United States Constitution.

18.     As a direct and proximate result of the foregoing acts and omissions of Defendants, the Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma with the deprivation of her constitutional and statutory rights guaranteed by the Constitution of the United States.

## FACTUAL BACKGROUND – MARCH 27, 2011 INCIDENT

19.     On or about March 27, 2011, the Plaintiff was driving his vehicle from Hattiesburg, MS to the Mississippi Gulf Coast on Highway 49 southbound.     While driving just south of Hattiesburg, the vehicle burst into flames causing the Plaintiff to drive the vehicle off the road. Plaintiff exited the vehicle for his safety and began walking southbound on Highway 49 in order to get help.

20.     Plaintiff was picked up by a motorist on the side of the highway and transported to a gas station a few miles south of the location where his car was wrecked. Shortly after arriving at the

5

gas station, a Forrest County Sherriff's Deputy arrived on the scene and soon thereafter placed the Plaintiff in handcuffs in the back of the Deputy's vehicle. Paramedics arrived on the scene and quickly checked on Plaintiff's condition. Paramedics confirmed that Plaintiff had no injury from the vehicle fire.

21.     Soon thereafter, a Trooper from the Mississippi Highway Patrol arrived at the gas station and issued tickets for DUI and careless driving to Plaintiff. Plaintiff was then transported to the Forrest County Jail in the Trooper's vehicle.

22.     Once at the Forrest County Jail, Plaintiff was dragged into a room to be administered the Breathalyzer test. In that room, a Deputy from the Forrest County Sheriff's Department and the Trooper assaulted the Plaintiff. Plaintiff was hit in the face multiple times and ultimately ended up nearly unconscious on the floor. Prior to the assault, plaintiff had asked to be administered the Breathalyzer test before the assault. After the assault, law enforcement officers in the jail charged Plaintiff with refusal to submit to the Breathalyzer test because Plaintiff was nearly unconscious and could not physically take the test.

23.     Next, Plaintiff was dragged out of the room for the breath test, across the floor by several officers, and into a holding cell. While locked in the holding cell a Deputy of the Forrest County Sheriff's Department sprayed the Plaintiff in his face with jail supplied pepper spray or mace. At no time was Plaintiff acting in a manner which would justify the use of pepper spray or mace on a person behind bars in a holding cell.

24.     Plaintiff ultimately bonded out jail the next day and received treatment at Forrest General Hospital in Hattiesburg, MS. Later, Plaintiff was charged with disorderly conduct in an effort to cover up the actions of the officers in the Forrest County Jail.

25.     The events that occurred on March 27, 2011 were recorded on the camera system which

6

is maintained by the Forrest County Jail. Upon information and belief, video of the incident has been destroyed and/or not supplied to Plaintiff's counsel for use in the related DUI prosecution.

26.    Plaintiff received facial and arm trauma, a swollen black eye, and trauma to his eyes because of the pepper spraying. Plaintiff had significant pain afterwards and facial injury which affected his employment situation. As a result of the actions of the Defendants, the Plaintiff has suffered physical injury, medical expenses, severe mental anguish, and emotional trauma.

27.    The Defendants committed assault and battery and bodily injury on Plaintiff and failed to follow proper police procedures for addressing the situation with Plaintiff.

28.    Notwithstanding his knowledge and awareness, Defendants, were deliberately indifferent to Plaintiff's health and safety and knew of and intentionally disregarded the excessive risk to Plaintiff's health and safety by their acts and omissions described herein.

29.    The acts and omissions of Defendants as described herein were willful and wanton and were committed by these Defendants by deliberate choice in deliberate indifference to and in conscious disregard to the risk of Plaintiff health and safety in violation of his constitutional rights under the United States Constitution. Defendants' actions were not a good-faith effort to maintain or restore discipline, but rather they were used maliciously and sadistically to hurt the Plaintiff.

30.    As a direct and proximate result of the foregoing acts and omissions of Defendants as described herein, the Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma with the deprivation of his constitutional and statutory rights guaranteed by the Constitution of the United States.

7

## SUPERVISION, TRAINING, CORRECTION

31.     The failure of Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department and/or other persons unknown to Plaintiff to adequately instruct, train, supervise, control, discipline and correct its police officers, as described herein, was a deliberate choice in deliberate indifference to, and in conscious disregard of, the risk to the health and safety and constitutional rights under the U. S. Constitution of persons such as Plaintiff in the situations described herein.  Further, this failure amounted to an official policy and custom of Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department.

32.     Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith heretofore described.

33.     As a direct and proximate cause of the acts and omissions of the Defendants as described herein, Plaintiff suffered physical injury, medical expenses, and severe mental anguish in connection with the deprivation of his constitutional and statutory rights guaranteed by the Constitution of the United States.

## COUNT I - FEDERAL CLAIMS

34.     Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-34 of this Complaint as if fully rewritten herein.

35.     This Count I is brought against all Defendants for the deprivation by Defendants under color of Mississippi law, statute, ordinance, regulation, custom and usage of a right, privilege,

8

and immunity secured to Plaintiff by the Fourth, Eighth and Fourteenth Amendments to the Constitution of the United States.

36.    Defendants' violations of Plaintiff constitutional rights as described herein violate 42 U.S.C. Sections 1983.

37.    Defendants' acts and omissions, and each of them, separately and in concert, as described herein, violated Plaintiff rights under the Fourth, Eighth and Fourteenth Amendment of the United States Constitution and directly and proximately caused Plaintiff to sustain physical injury, medical expenses, severe mental anguish, and emotional trauma.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT II - STATE CLAIMS - ASSAULT AND BATTERY

38.    Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-37 of this Complaint as if fully rewritten herein.

39.    This Count II is brought by Plaintiff against all Defendants for the assault and battery committed by the individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith as described herein on March 27, 2011 on Plaintiff.

40.    As a direct and proximate result of the acts and omissions of Defendants, as described herein, Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma.

9

**WHEREFORE**, Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT III - STATE CLAIMS - UNLAWFUL USE OF EXCESSIVE FORCE

41.     Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-40 of this Complaint as if fully rewritten herein.

42.     This Count III is brought by Plaintiff against all Defendants for unlawful use of excessive force committed by individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith on March 27, 2011.

43.     Plaintiff did not commit a crime or any act which justified the Defendants' acts and omissions as described herein, but even if he had, the Defendants were not justified in using excessive force. The use of excessive force on Plaintiff was unreasonable and totally without justification.

44.     As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE**, Plaintiff Derrick Steverson demands judgment against the Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT IV - STATE CLAIMS –
## FAILURE TO ADEQUATELY TRAIN, INSTRUCT, CORRECT, DISCIPLINE, SUPERVISE, AND TRAIN POLICE OFFICERS

45.    Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-44 of this Complaint as if fully rewritten herein.

46.    This Count IV is brought by Plaintiff against Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department failure to adequately instruct, correct, discipline, train, supervise and correct individual Defendants herein.

47.    As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of the Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

WHEREFORE, Plaintiff Derrick Steverson demands judgment against the Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT V - STATE CLAIMS -
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

48.    Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-47 of this Complaint as if fully rewritten herein.

49.    This Count V is brought by Plaintiff against all Defendants for intentional infliction of emotional distress.

50.    As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT VI - STATE CLAIMS -
## SPOLIATION OF EVIDENCE

51. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-50 of this Complaint as if fully rewritten herein.

52. This Count VI is brought by Plaintiff against all Defendants for intentional destruction of evidence in this case, specifically audio/video of the incident that took place at the Forrest County Jail on March 27, 2011.

53. As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

Respectfully submitted, this the 13ᵗʰ day of July, 2012.

DERRICK STEVERSON

By: _____
PETER H. BARRETT (MSB #2069)
WILLIAM C. BARRETT (MSB #103326)

12

P. & W. BARRETT LAWYERS, PLLC
Jackson Office
107 North State Street
Jackson, Mississippi  39201
Phone:  (601) 973-2270
Gulfport Office
2202C 25th Ave, C-3
Gulfport, MS  39501
Phone:  (228) 864-9885
Email:  pbarrett@pandwbarrettlawyers.com (Peter H. Barrett)
Email:  wbarrett@pandwbarrettlawyers.com (William C. Barrett)

## CERTIFICATE OF SERVICE

I, William C. Barrett, do hereby certify that I have this date served, via hand delivery,

Facsimile and/or United States mail, postage prepaid, a true and correct copy of the foregoing

*Complaint* upon the following:

James K. Dukes Jr.
Dukes, Dukes & Wood
226 West Pine Street
Hattiesburg, MS 39401

Charles Bolton
Forrest County Jail Chief Administrative Officer
316 Forrest St # 2,
Hattiesburg, MS 39401-3453

Santa Cruz
Commissioner of Public Safety
1900 East Woodrow Wilson Drive
Jackson, MS 39216

Sheriff Billy Bob McGee
P.O. Box 747
Hattiesburg, MS  39403

David Miller
Board Attorney
Board of Supervisors of Forest County, MS
P.O. Box 1310
Hattiesburg, MS  39403-1310

Trooper Jamie Atkins
Wherever found

Trooper Clay Loftin
Wherever found

Deputy Matt Findley
Wherever found

Captain Glen Moore
Wherever found

14

Deputy Randall Smith
Wherever found

This the _____ 13th _____ day of __July__ _____, 2012.

_____
WILLIAM C. BARRETT

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

| Court Identification | | Case Year | Docket Number |
|---|---|---|---|
| Docket Number | | | |

County #   Judicial   Court ID
District (CH, CI, CO)

Local Docket ID

Month   Date   Year
This area to be completed by clerk

Case Number if filed prior to 1/1/94

IN THE   CIRCUIT   COURT OF   FORREST   COUNTY

Short Style of Case: __Derrick Stevenson vs Forrest County Mississippi, et al.__    MS Bar No. __103326__

Party Filing Initial Pleading: Type/Print Name __William C. Barrett__
____ Check (✓) if Not an Attorney   ____ Check (✓) if Pro Hac Vice   Signature _____
Compensatory Damages Sought:  $ _____   Punitive Damages Sought:  $ _____
**Is Child Support contemplated as an issue in this suit?** _____ Yes __✓__ No   If "yes" is checked, please submit a completed Child Support
Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual __Stevenson__   __Derrick__   (            )   ____   ____
Last Name   First Name   Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

Address of Plaintiff
____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual __Forrest County Mississippi__   ____   (            )   ____   ____
Last Name   First Name   Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
__✓__ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency __Forrest County Mississippi__
Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated
____ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____
ATTORNEY FOR THIS DEFENDANT: ____ Bar No. ____ or   Name: _____   Pro Hac Vice (✓) ____
(if known)

In left hand column, check one (1) box that best describes
the nature of this suit. In right hand column check all
boxes which indicate secondary claims.

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other ____

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other ____

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other ____

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other ____

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other ____

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employm't Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other ____

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other ____

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other ____

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other ____

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other ____

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- ☑ Other __42 USC Section 1983__

IN THE <u>CIRCUIT</u> COURT OF <u>FORREST</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF <u>Hattiesburg</u>

Docket No._____ - _____ _____
                File Yr      Chronological No.      Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of _1_ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: <u>Forrest County Sherrif's Dept.</u> _____ ( _____ ) _____ _____
                        Last Name                First Name              Maiden Name, If Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

_✓_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A <u>Forrest County Sheriff's Department</u>

**Business** _____
             Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: <u>Sheriff Billy McGee</u> _____ ( _____ ) _____ _____
                        Last Name                First Name              Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

_✓_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A <u>Forrest County Sheriff Bill McGee</u>

**Business** _____
             Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: <u>MS Dept. of Public Safety</u> _____ ( _____ ) _____ _____
                        Last Name                First Name              Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

_✓_Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A <u>Mississippi Department of Public Safety, Commissioner Albert Santa Cruz</u>

**Business** _____
             Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u>     COURT OF <u>FORREST</u>     COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF Hattiesburg

Docket No._____ - _____  _____
       File Yr      Chronological No.      Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 2 of 3 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # 5 :**

**Individual:** <u>Atkins</u>      <u>Jamie</u>      ( _____ )  _____  _____
      Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

__Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

__Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

__Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

  D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 6 :**

**Individual:** <u>Loftin</u>      <u>Clay</u>      ( _____ )  _____  _____
      Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

__Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

__Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

__Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

  D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 7 :**

**Individual:** <u>Findley</u>      <u>Matt</u>      ( _____ )  _____  _____
      Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

__Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

  Estate of _____

__Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

  D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

__Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

  D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT _____ COURT OF FORREST _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF Hattiesburg

Docket No._____ - _____ _____   Docket No. If Filed
        File Yr        Chronological No.      Clerk's Local ID   Prior to 1/1/94 _____

DEFENDANTS IN REFERENCED CAUSE - Page 3 of 3 Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant # 8 :**

Individual: Moore _____ Glen _____ ( _____ ) _____ _____
                Last Name        First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # 9 :**

Individual: Smith _____ Randall _____ ( _____ ) _____ _____
                Last Name        First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

Individual: _____ _____ ( _____ ) _____ _____
                Last Name        First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

7·13·12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                           **PLAINTIFF**

**VS**                                          CAUSE # CI12-0147

                                               **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Deputy Randall Smith, Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS  39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.
        Issued under my hand and the seal of said Court, this the 13 day of July 2012.

                        Lou Ann Adams, Clerk
                        Circuit Court of Forrest County, Mississippi

(seal)
                                               CERTIFIED A TRUE COPY
                                               Forrest County, Mississip
                        BY:                    D Lou Ellen Adams, Circuit Cl

                                               This the 24 day of Sep 2012
                                               By:

7-13-12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                                   **PLAINTIFF**

**VS**                                                   CAUSE # CI-12-0147

                                                        **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Captain Glen Moore, Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.
    Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

                            Lou Ann Adams, Clerk
                            Circuit Court of Forrest County, Mississippi

(seal)

                BY: _____

CERTIFIED A TRUE CO[...]
Forrest County, Missis[...]
D.C. Lou Ellen Adams, Circuit [...]

This the 24 day of Sep 2012
By: _____

7·13·12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                        **PLAINTIFF**

**VS**                                        CAUSE # _CI12-0147_

                                        **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:    Deputy Matt Findley, Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

                              Lou Ann Adams, Clerk
                              Circuit Court of Forrest County, Mississippi

(seal)

                              BY: _____

**CERTIFIED A TRUE COPY**
**Forrest County, Mississippi**
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: _____ D.C.

7-13-12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                                  **PLAINTIFF**

**VS**                                                       CAUSE # _CI/12- 0147_

                                                             **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Trooper Clay Loftin, Mississippi Highway Patrol

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS  39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.
        Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

                                        Lou Ann Adams, Clerk
                                        Circuit Court of Forrest County, Mississippi

(seal)

                                    BY: _____

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By:_____ D.C.

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                           **PLAINTIFF**

**VS**                                                    CAUSE # _CI 12-0147_

                                                               **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Trooper Jamie Atkins, Mississippi Highway Patrol

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

    You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.
    Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

                                   Lou Ann Adams, Clerk
                                   Circuit Court of Forrest County, Mississippi

(seal)

                BY: _____

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: _____ D.C.

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                              **PLAINTIFF**

**VS**                                                  CAUSE # CI12-0147

                                                      **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Mississippi Department of Public Safety, Commissioner Albert Santa Cruz

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

                                      Lou Ann Adams, Clerk
                                      Circuit Court of Forrest County, Mississippi

(seal)

BY: _____

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk

This the 29 day of Sep, 2012

By: _____ D.C.

7-13-12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                            **PLAINTIFF**

**VS**                                                  CAUSE # _CI/2 - 0147_

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Forrest County Sheriff Billy McGee

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _B_ day of _July_ , 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: _____

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk

This the 2 9 day of Sep , 2012

By: _____ D.C.

7·13·12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                                **PLAINTIFF**

**VS**                                              CAUSE # CI 12-0147

                                                                  **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:    Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

          You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

          Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

                                        Lou Ann Adams, Clerk
                                        Circuit Court of Forrest County, Mississippi

(seal)

                                                CERTIFIED A TRUE COPY
                          BY: _____   Forrest County, Mississippi
                                                Lou Ellen Adams, Circuit Clerk
                                                This the 24 day of Sep, 2012
                                                By: _____ D.C.

7.13.12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON**                                                    **PLAINTIFF**

**VS**                                                    CAUSE # _CI12-0147_

                                                        **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:    Forrest County Mississippi, Board of Supervisors

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

      You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

      Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

                       Lou Ann Adams, Clerk
                       Circuit Court of Forrest County, Mississippi

(seal)

                              CERTIFIED A TRUE COPY
BY: _____ Forrest County, Mississippi
                              Lou Ellen Adams, Circuit Clerk
                              This the 24 day of SEP 2012
                              By: _____ D.

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

# FILED

**DERRICK STEVERSON**

**PLAINTIFF**

SEP 05 2012

**VS**

CAUSE # _CI 12-0147_

_Lou Ann Adams_
FORREST COUNTY CIRCUIT CLERK

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO: Deputy Randall Smith, Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: _[signature]_

CERTIFIED A TRUE CO
Forrest County, Missis
Lou Ellen Adams, Circuit
This the _24_ day of _Sep_ 20_2_
By: _[signature]_

## PROOF OF SERVICE- SUMMONS

Name of Person or Entity Served: _Dept. Randall Smith_

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X  **PERSONAL SERVICE.** I personally delivered copies to _Donnell Brannon_ on the _21_ day of _August_, where I found said person(s) in _Forrest_ County of the State of _Mississippi_.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____ (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert Abbott_          Social Security No.: _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_

Address: _220 Franklin Rd Braxton, MS 39044_   Telephone No.: _601-540-3711_

STATE OF MISSISSIPPI

COUNTY OF _Rankin_

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Robert Abbott_, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_ _12_.

_____
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI
LORI JEAN GLASS
NOTARY PUBLIC
ID NO. 77512
My Commission Expires
MAY 1, 2013
RANKIN COUNTY

My Commission Expires: _May 01, 2013_

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

### FILED

**DERRICK STEVERSON**                                      **PLAINTIFF**

SEP 05 2012

**VS**                                              CAUSE # _CI 12-0147_

FORREST COUNTY CIRCUIT CLERK

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Captain Glen Moore, Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_ day of _July_ 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal) CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk   BY: _____

This the _24_ day of _Sept_ 20_12_

By: _____ D.C.

## PROOF OF SERVICE- SUMMONS

Name of Person or Entity Served: Glen Moore (captain)

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

**X** **PERSONAL** **SERVICE.** I personally delivered copies
to Wendy Carmichael on the 31 day of August,
, where I found said person(s) in Forrest County of the State of
Mississippi.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person
within _____ County, _____. I served the Summons and
Complaint on the
_____ day of _____, _____, at the usual place of abode of said person by
leaving a true copy of the Summons and Complaint with _____, who is the
(relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the
Summons and Complaint, and thereafter on the _____ day of _____, I
mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies
were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as
set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on
_____, at the address contained on the Summons. The return receipt shows that the Summons and
Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery
was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the
county in which the complaint is pending, such service by publication being proper as provided by statute and/or the
Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott                    Social Security No.: 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

Address: 220 Franklin Rd. Braxton, MS 39044     Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the
within named Robert Abbott, who being first by me duly sworn, states on oath that the
matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
**PROCESS SERVER**

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept
12.

_____
**NOTARY PUBLIC**

My Commission Expires: May 01, 2013

STATE OF MISSISSIPPI
LORI JEAN GLASSMIRE
NOTARY PUBLIC
ID NO. 77512
Commission Expires
MAY 1, 2013
RANKIN COUNTY
(Seal)

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON**                                    **PLAINTIFF**

**VS**                                    CAUSE # _CI12-0147_

**FORREST COUNTY MISSISSIPPI;**                    **DEFENDANTS**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Deputy Matt Findley, Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

BY _____

(seal) CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk

This the 24 day of Sep 2012

By: _____ D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: _Dept. Matt Findley_

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** on the 1 _31_ day of _August_ personally delivered copies, to _Wendy Carmichael_, where I found said person(s) in _Forrest_ County of the State of _Mississippi_.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____ (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery was refused.

X **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert Abbott_        Social Security No.: _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_

Address: _220 Franklin Rd Braxton, MS 39044_        Telephone No.: _601-540-3111_

**STATE OF MISSISSIPPI**

COUNTY OF _Rankin_

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Robert Abbott_, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_(signature)_
**PROCESS SERVER**

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_ _12_.

_(signature)_
**NOTARY PUBLIC**

My Commission Expires: _May 1, 2013_

_(Seal)_ STATE OF MISS.
JEAN GLA___
NOTARY PUBLIC
ID NO. 77512
My Commission Expires
MAY 1, 2013
RANKIN COUNTY

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

# FILED

**DERRICK STEVERSON**

SEP 05 2012

*Lou Ann Adams*
FORREST COUNTY CIRCUIT CLERK

**PLAINTIFF**

**VS**

CAUSE # CI/2- 0147

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Trooper Clay Loftin, Mississippi Highway Patrol

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_ day of _July_ 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk

This the _24_ day of _Sep_, _2012_

By: _____ D.C.

BY: _____

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: _Clay Loftin_

    I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____ **PERSONAL SERVICE.** I personally delivered copies to _Timothy D. Smith_ on the _31_ day of _August_ _____, where I found said person(s) in _HINDS_ County of the State of _Mississippi_ _____.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____ (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert Abbott_    Social Security No.: _427456131_

Address: _220 Franklin Rd, Braxton, MS 39044_    Telephone No.: _601-540-3711_

STATE OF MISSISSIPPI

COUNTY OF _Rankin_

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Robert Abbott_, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_ _____, _12_.

_____
NOTARY PUBLIC

My Commission Expires: _May 01, 2013_

STATE OF MISSISSIPPI
LONI JEAN GLASSON
NOTARY PUBLIC
ID NO. 77512
My Commission Expires
MAY 1, 2013
RANKIN COUNTY

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

**DERRICK STEVERSON**                                              **PLAINTIFF**

SEP 05 2012

**VS**                                                    CAUSE # *CI12-0147*

*Lou Ann Adams*
FORREST COUNTY CIRCUIT CLERK                      **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Trooper Jamie Atkins, Mississippi Highway Patrol

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_day of _July_2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Eilen Adams, Circuit Clerk        BY: _Linda Doby_

This the_24_day of _Sept_, 2012

By:_____ D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: _Jamie Atkins_ _____

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

__X__ **PERSONAL SERVICE.** I personally delivered copies, to _Timothy D. Smith_ on the _21_ day of _August_, , where I found said person(s) in _HINDS_ County of the State of _Mississippi_.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200___, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert Abbott_ _____    Social Security No.: _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_

Address: _220 Franklin Rd Braxton, MS 39044_    Telephone No.: _601-540-3711_

STATE OF MISSISSIPPI

COUNTY OF _Rankin_ _____

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Robert Abbott_ _____, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_ _____, _12_.

_____
NOTARY PUBLIC

My Commission Expires: _May 01, 2013_

STATE OF MISSISSIPPI
(Seal) GLASS
NOTARY PUBLIC
ID NO. 77512
My Commission Expires
MAY 1, 2013
RANKIN COUNTY

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

### FILED

**DERRICK STEVERSON**

SEP 0 5 2012

FORREST COUNTY CIRCUIT CLERK

**PLAINTIFF**

**VS**

CAUSE # _CI/2-0147_

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:     Mississippi Department of Public Safety, Commissioner Albert Santa Cruz

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS  39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk

BY: _____

This the _24_ day of _Sep_, _2012_

By: _____ D.C.

## PROOF OF SERVICE- SUMMONS

Name of Person or Entity Served: _Commissioner Albert Santa Cruz_

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

___✓___ **PERSONAL SERVICE.** I personally delivered copies
to _Timothy D. Smith_ on the _31_ day of _August_,
, where I found said person(s) in _Hinds_ County of the State of
_Mississippi_.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person
within _____ County, _____. I served the Summons and
Complaint on the
_____ day of _____, _____, at the usual place of abode of said person by
leaving a true copy of the Summons and Complaint with _____, who is the
(relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the
Summons and Complaint, and thereafter on the _____ day of _____, _____, I
mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies
were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as
set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on
_____, at the address contained on the Summons. The return receipt shows that the Summons and
Complaint were signed for by _____, on the _____ day of _____, 200___, or that delivery
was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the
county in which the complaint is pending, such service by publication being proper as provided by statute and/or the
Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert Abbott_                     Social Security No.: _477 45 6131_

Address: _220 Franklin Rd Braxton, MS 39044_        Telephone No.: _601 540 3711_

STATE OF MISSISSIPPI

COUNTY OF _Rankin_

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the
within named _Robert Abbott_, who being first by me duly sworn, states on oath that the
matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_,
_12_.

_____
NOTARY PUBLIC

My Commission Expires: _May 01, 2013_

(Seal)
STATE OF MISSISSIPPI
LORI JEAN GLASS
NOTARY PUBLIC
ID NO. 77512
My Commission Expires
MAY 1, 2013
RANKIN COUNTY

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

**PLAINTIFF**

**DERRICK STEVERSON**

SEP 05 2012

CAUSE # *CI 12-0147*

**VS**

*[signature]*

FORREST COUNTY CIRCUIT CLERK

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Forrest County Mississippi, Board of Supervisors

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the *13* day of *July* 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)   CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk       By: *[signature]* D.C.

This the *24* day of *Sep* *2012*

By: *[signature]* D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: David Miller

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** on the 1 personally delivered copies
to David Miller, where I found said person(s) in Forrest County of the State of Mississippi, 31 day of August

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott        Social Security No.: 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
Address: 230 Franklin Rd Braxton, MS 39044   Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

_____
NOTARY PUBLIC

(Seal)

STATE OF MISSISSIPPI
LORI JEAN GLASSON
NOTARY PUBLIC
ID NO. 77512
My Commission Expires
MAY 1, 2013
RANKIN COUNTY

My Commission Expires: May 01, 2013

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**FILED**

**DERRICK STEVERSON**                                              **PLAINTIFF**

SEP 05 2012

**VS**                                                      CAUSE # _CI12-0147_

*Lou Ann*
FORREST COUNTY CIRCUIT CLERK                    **DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Forrest County Sheriff's Department

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS  39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.
     Issued under my hand and the seal of said Court, this the _13_day of _July_,2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

**(seal)**CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk           BY: _Brenda Dugger_

This the 24 day of _SEP_ -2012
By: _____ D.C.

## PROOF OF SERVICE- SUMMONS

Name of Person or Entity Served: _Charles Bolton_

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies
to _Donnell Brannon_ on the _21_ day of _August_ ,
, where I found said person(s) in _Forrest_ County of the State of
_Mississippi_ .

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____ . I served the Summons and Complaint on the _____ day of _____ , _____ , at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____ , who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____ , _____ , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____ , at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____ , on the _____ day of _____ , 200__ , or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert Abbott_           Social Security No.: _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_

Address: _220 Franklin Rd Braxton, Ms_        Telephone No.: _601 540-3711_
_39044_

STATE OF MISSISSIPPI

COUNTY OF _Rankin_

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Robert Abbott_ , who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_ , _12_ .

_____
NOTARY PUBLIC

My Commission Expires: _May 01, 2013_

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

## FILED

**DERRICK STEVERSON**

**PLAINTIFF**

SEP 05 2012

**CAUSE #** _CI12-0147_

**VS**

FORREST COUNTY CIRCUIT CLERK

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Forrest County Sheriff Billy McGee

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS  39201. Your response
must be mailed or delivered within thirty (30) days from the date of delivery of this summons
and complaint or a judgment by default will be entered against you for the money or other things
demanded in the complaint. You must also file the original of your response with the Clerk of
this Court within a reasonable time afterward.

        Issued under my hand and the seal of said Court, this the _13_ day of _July_, 2012.

                                        Lou Ann Adams, Clerk
                                        Circuit Court of Forrest County, Mississippi

(seal)

                                        BY: _Brenda Gaugh_ D.C.

## PROOF OF SERVICE- SUMMONS

Name of Person or Entity Served: _Sheriff  Billy  Bob  Magee_

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_✓_ **PERSONAL        SERVICE.**        on the _31_ day of _August_ , personally delivered copies to _Wendy  Carmichael_ , where I found said person(s) in _Forrest_ County of the State of _Mississippi_ .

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200_, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks in a public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: _Robert  Abbott_                Social Security No.: _427 45 613 1_

Address: _220 Franklin Rd Braxton , MS 39044_        Telephone No.: _601 540 3711_

STATE OF MISSISSIPPI

COUNTY OF _Rankin_

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Robert Abbott_ , who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _4_ day of _Sept_
_12_ .

_____

(Seal)

My Commission Expires: _May 01, 2013_



**BARRETT**
LAWYERS, PLLC

Peter H. Barrett     |     William C. Barrett

pbarrett@pandwbarrettlawyers.com   |   wbarrett@pandwbarrettlawyers.com

September 4, 2012

**FILED**

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

Lou Ellen Adams, Clerk
Forrest County Circuit Court
Post Office Box 992
Hattiesburg, Mississippi   39403

Re:   *Derrick Steverson v. Forrest County, MS et al. [CI12-0147]*
      Proof of Service of Complaint

Dear Ms. Adams:

Enclosed for filing in the above referenced civil matter, please find the originals and one copy of the following:

1.   *Proof of Service and Summons for each Defendant*

Please return a "Filed" stamped copy of each document to my office, using the postage-prepaid envelope which is enclosed.  I appreciate your assistance in this matter, and with best regards, I remain

Sincerely,

WILLIAM C. BARRETT

**CAPITAL OFFICE**
107 North State Street ● Jackson, MS 39201
**601.973.2270**

**GULF COAST OFFICE**
2202C 25th Avenue, C-3 ● Gulfport, MS 39501
**228.864.9885**

www.pandwbarrettlawyers.com