LOU ELLEN ADAMS
CIRCUIT CLERK, FORREST COUNTY
P.O. BOX 992
HTTIESBURG, MS. 39403

I, LOU ELLEN ADAMS, CLERK OF THE CIRCUIT COURT OF FORREST COUNTY MISSISSIPPI, HEREBY CERTIFY THAT THE FOLLOWING PAPERS ARE ALL PAPERS FILED IN THE STYLED CAUSE # CI12-0147 FIELD WITH THIS THE CIRCUIT COURT OF HATTIESBURG, FORREST MISSISSIPPI TO WIT;

DERRICK STEVERSON

VS

FORREST COUNTY MISSISSIPPI,
FORREST COUNTY SHERIFF'S DEPARTMENT,
FORREST COUNTY SHERIFF BILLY MAGEE,
MS DEPT OF PUBLIC SAFTEY,
COMMISSIONER ALBERT SANTA CRUZ,
TROOPER JAMIE ATKINS & TROOPER CLAY LOFTIN,
INDIVIDUALLY, & IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MS HIGHWAY PATROL,
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY &,
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10

SEE ATTACHED DOCUMENTS
CAUSE #CI12-0147

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS
the 24TH DAY OF SEPTEMBER 2012

LOU ELLEN ADAMS, CIRCUIT CLERK
FORREST COUNTY MISSISSIPPI

BY; [signature] D.C.

MCMAPT01 CASE FILE MAINTENANCE - PARTIES MCWAPT01/R2

BUSINESS / COMMERCIAL Judge Robert B. Helfrich

Case Number CI12-0147 File No. 20208 Type 1

Styled STEVERSON DERRICK VS

FORREST CO. MS FORREST CO SHERIFF'S DEPT 42 USC SECTION 1983

Search by Last Name ____________________

| | Party Name | Party Type | | | Phone Number |
|---|---|---|---|---|---|
| 1) | Steverson Derrick | PLAINTIFF | ACTIVE | PRIMARY | |
| 2) | Forrest Co. Ms Forrest Co She | DEFENDANT | ACTIVE | PRIMARY | |
| 3) | Forrest Co Sheriff'S Dept | DEFENDANT | ACTIVE | PRIMARY | |
| 4) | Forrest Co Sheriff Billy Mage | DEFENDANT | ACTIVE | PRIMARY | |
| 5) | Ms Dept Of Public Saftey | DEFENDANT | ACTIVE | PRIMARY | |
| 6) | Commissioner Albert Santa Cru | DEFENDANT | ACTIVE | PRIMARY | |
| 7) | Trooper Jamies Atkins | DEFENDANT | ACTIVE | PRIMARY | |
| 8) | Trooper Clay Loftin | DEFENDANT | ACTIVE | PRIMARY | |
| 9) | Deputy Matt Findley | DEFENDANT | ACTIVE | PRIMARY | |
| 10) | Captian Glen Moore | DEFENDANT | ACTIVE | PRIMARY | |
| 11) | Deputy Randal Smith | DEFENDANT | ACTIVE | PRIMARY | |
| 12) | Barrett,William C | P ATTYS | ACTIVE | PRIMARY | 601-973-2270 |
| 13) | | | | | |
| 14) | | | | | |
| 15) | | | | | |

F1-15 TO EDIT, F20 TO ADD F24-IF FINISHED

*BOTTOM*

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep 2012
By [signature]

1 General Docket, Civil Cases, Circuit Court, FORREST COUNTY CIRCUIT COU

No. CI12-0147 CFN 20208

STEVERSON DERRICK
Vs.

FORREST CO. MS FORREST CO SHERIFF'S DEPT
42 USC SECTION 1983

Counsel for Plaintiff
Barrett,William C
Counsel for Defendant

JUDGE Robert B. Helfrich

| DATE | ORDERS, JUDGMENTS, ETC. | BK/PG |
|---|---|---|
| 7/13/2012 | complaint | |
| 7/13/2012 | summons issued 7-13-2012 SMITH,MOORE,FINDLEY,LOFTIN,ATKINS, CRUZ,MCGEE,FCSO,FORREST CO BOARD OF SUPERVISORS *RTA 7-13-12 | |
| 9/05/2012 | SUMMONS RETURNED SERVED 8-31-2012 SMITH,MOORE,FINDLEY,LOFTIN ATKINS,CRUZ,FC BOARD OF SUPERVISORS,FC SHERIFF'S DEPT,MAGEE PERSONAL SERVICE | |
| 9/24/2012 | MAILED TRUE CERTIFIED COPIES TO MS. ATTORNEY GENERAL OFFICE ATTENTION SHARON SMITH P O BOX 220 JACKSON MS 39205 ON 9-24 2012 | |

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep 2012
By [signature]

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

FILED
JUL 13 2012
Lou Ellen Adams
FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

**VS** CAUSE # CI12-0147

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10** **DEFENDANTS**

## COMPLAINT

COMES Plaintiff, Derrick Steverson, by and through counsel, and files this Complaint against the Defendants, Forrest County Mississippi; Forrest County Sheriff's Department; Forrest County Sheriff Billy McGee; Mississippi Department of Public Safety, Commissioner Albert Santa Cruz; Trooper Jamie Atkins and Trooper Clay Loftin, individually, and in their professional capacity as officers of the Mississippi Highway Patrol; Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith, individually, and in their professional capacity as officers of the Forrest County Sheriff's Department (hereinafter "Defendants"), and states as follows:

## JURISDICTION AND INTRODUCTION

1. This is an action at law to redress the deprivation under color of statute, ordinance, regulation, custom, or usage of a right, privilege, and immunity secured to Plaintiff by the

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: [signature] D.C.

Fourth, Eighth, and Fourteenth Amendment to the Constitution of the United States, 42 USC §§ 1983 and arising under the law and statutes of the State of Mississippi.

2. This Court has jurisdiction because the alleged tortuous acts and omissions of the Defendants were committed in whole or in part in the State of Mississippi.

3. Venue is proper in Forrest County, Mississippi, pursuant to the Mississippi Tort Claims Act, Section 1 1-46-13, Mississippi Code of 1972, as amended.

4. The matter in controversy exceeds, exclusive of interest and costs, the sum or value of Fifty Thousand Dollars ($50,000.00).

5. Plaintiff Derrick Steverson, during all times mentioned in this complaint was a citizen of the United States, and resided in the City of Hattiesburg, State of Mississippi.

6. At all times relevant herein, Defendants Forrest County Mississippi, Forrest County Sheriff's Department, and Forrest County Sheriff Billy McGee were public entities, organized, or elected under the laws of the State of Mississippi.

7. At all times relevant herein, Defendants Mississippi Department of Public Safety was a public entity, organized under the laws of the State of Mississippi.

8. At all times relevant herein, Trooper Jamie Atkins and Trooper Clay Loftin were officers employed by the Defendant Mississippi Department of Public Safety, and are being sued individually and in their official capacities.

9. At all times relevant herein, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith were employed by the Defendant Forrest County Sheriff's Department and are being sued individually and in their official capacities.

10. At all times material to this Complaint, Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith acted under the

color of their official capacity and their acts were performed under color of the statutes, customs, ordinances and usage of the State of Mississippi, Mississippi Department of Public Safety, and Forrest County Sheriff's Department.

11.  The Individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith were the servants, agents, and employees of their Co-Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department so that their acts are imputed to the Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department.

12.  During all times mentioned here, Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith were acting pursuant to orders and directives from Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department.

13.  Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department provided Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith with official badges and identification cards which designated and described the bearer as law enforcement officers of the Mississippi Highway Patrol or Forrest County Sheriff's Department. Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department are the entities in whose names the individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith performed all acts and omissions described and alleged herein.

14.  During all times mentioned here, the individual Defendants provided Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall

Smith acted under color of law, to wit, under color of the statutes, ordinances, regulations, customs and usages of the State of Mississippi and the County of Forrest and the Defendants, Mississippi Department of Public Safety and Forrest County Sheriff's Department. Defendant Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith engaged in the illegal conduct herein mentioned, deprived Plaintiff of the rights, privileges, and immunities secured to by the Fourth, Eighth and Fourteenth Amendment to the Constitution of the United States and the laws of the United States.

15. As a direct and proximate result of the acts and omissions of Defendants, as further described herein, the Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma in connection with the deprivation of his constitutional and statutory rights guaranteed by the Constitution of the United States.

**PATTERN OF ILLEGAL CONDUCT**

16. The Defendant Forrest County Sheriff's Department and its deputies together with persons unknown to the Plaintiff, acting acting under color of law, have subjected Plaintiff and other citizens to a pattern of conduct consisting of harassment, assault, and excessive force in making an arrest, assault and battery, and unlawful arrest, in denial of rights, privileges, and immunities guaranteed Plaintiff and other citizens by the Constitution of the United States. This systematic pattern of conduct consists of individual acts of excessive force, assault and battery, and humiliation perpetrated on Plaintiff and other citizens by the individual Deputies of the Forrest County Sheriff's Department and other agents, employees and members of the Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department unknown to Plaintiff, acting separately and in concert, under the color of law. These acts of excessive force, assault and battery, and humiliation, while carried out under color of law, have

no justification or excuse in law, and are instead gratuitous, illegal, improper, and unrelated to any activity in which law enforcement officers may appropriately and legally engage in the course of protecting persons or property, or ensuring civil order. Despite the fact that they knew or should have known of the fact that this pattern of conduct was being carried out by their agents and employees, Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department have taken no steps or efforts to order a halt to this course of conduct, to make redress to the Plaintiff or other citizens injured thereby, or to take any disciplinary action whatever against any of their employees or agents.

17. These acts and omissions as described herein were willful and wanton and were committed in deliberate indifference to and in conscious disregard to Plaintiff's health and safety in violation of his constitutional rights under the United States Constitution.

18. As a direct and proximate result of the foregoing acts and omissions of Defendants, the Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma with the deprivation of her constitutional and statutory rights guaranteed by the Constitution of the United States.

**FACTUAL BACKGROUND – MARCH 27, 2011 INCIDENT**

19. On or about March 27, 2011, the Plaintiff was driving his vehicle from Hattiesburg, MS to the Mississippi Gulf Coast on Highway 49 southbound. While driving just south of Hattiesburg, the vehicle burst into flames causing the Plaintiff to drive the vehicle off the road. Plaintiff exited the vehicle for his safety and began walking southbound on Highway 49 in order to get help.

20. Plaintiff was picked up by a motorist on the side of the highway and transported to a gas station a few miles south of the location where his car was wrecked. Shortly after arriving at the

gas station, a Forrest County Sherriff's Deputy arrived on the scene and soon thereafter placed the Plaintiff in handcuffs in the back of the Deputy's vehicle. Paramedics arrived on the scene and quickly checked on Plaintiff's condition. Paramedics confirmed that Plaintiff had no injury from the vehicle fire.

21.     Soon thereafter, a Trooper from the Mississippi Highway Patrol arrived at the gas station and issued tickets for DUI and careless driving to Plaintiff. Plaintiff was then transported to the Forrest County Jail in the Trooper's vehicle.

22.     Once at the Forrest County Jail, Plaintiff was dragged into a room to be administered the Breathalyzer test. In that room, a Deputy from the Forrest County Sheriff's Department and the Trooper assaulted the Plaintiff. Plaintiff was hit in the face multiple times and ultimately ended up nearly unconscious on the floor. Prior to the assault, plaintiff had asked to be administered the Breathalyzer test before the assault. After the assault, law enforcement officers in the jail charged Plaintiff with refusal to submit to the Breathalyzer test because Plaintiff was nearly unconscious and could not physically take the test.

23.     Next, Plaintiff was dragged out of the room for the breath test, across the floor by several officers, and into a holding cell. While locked in the holding cell a Deputy of the Forrest County Sheriff's Department sprayed the Plaintiff in his face with jail supplied pepper spray or mace. At no time was Plaintiff acting in a manner which would justify the use of pepper spray or mace on a person behind bars in a holding cell.

24.     Plaintiff ultimately bonded out jail the next day and received treatment at Forrest General Hospital in Hattiesburg, MS. Later, Plaintiff was charged with disorderly conduct in an effort to cover up the actions of the officers in the Forrest County Jail.

25.     The events that occurred on March 27, 2011 were recorded on the camera system which

is maintained by the Forrest County Jail. Upon information and belief, video of the incident has been destroyed and/or not supplied to Plaintiff's counsel for use in the related DUI prosecution.

26.    Plaintiff received facial and arm trauma, a swollen black eye, and trauma to his eyes because of the pepper spraying. Plaintiff had significant pain afterwards and facial injury which affected his employment situation. As a result of the actions of the Defendants, the Plaintiff has suffered physical injury, medical expenses, severe mental anguish, and emotional trauma.

27.    The Defendants committed assault and battery and bodily injury on Plaintiff and failed to follow proper police procedures for addressing the situation with Plaintiff.

28.    Notwithstanding his knowledge and awareness, Defendants, were deliberately indifferent to Plaintiff's health and safety and knew of and intentionally disregarded the excessive risk to Plaintiff's health and safety by their acts and omissions described herein.

29.    The acts and omissions of Defendants as described herein were willful and wanton and were committed by these Defendants by deliberate choice in deliberate indifference to and in conscious disregard to the risk of Plaintiff health and safety in violation of his constitutional rights under the United States Constitution. Defendants' actions were not a good-faith effort to maintain or restore discipline, but rather they were used maliciously and sadistically to hurt the Plaintiff.

30.    As a direct and proximate result of the foregoing acts and omissions of Defendants as described herein, the Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma with the deprivation of his constitutional and statutory rights guaranteed by the Constitution of the United States.

## SUPERVISION, TRAINING, CORRECTION

31. The failure of Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department and/or other persons unknown to Plaintiff to adequately instruct, train, supervise, control, discipline and correct its police officers, as described herein, was a deliberate choice in deliberate indifference to, and in conscious disregard of, the risk to the health and safety and constitutional rights under the U. S. Constitution of persons such as Plaintiff in the situations described herein. Further, this failure amounted to an official policy and custom of Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department.

32. Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department directly or indirectly, under color of law, approved or ratified the unlawful, deliberate, malicious, reckless, and wanton conduct of Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith heretofore described.

33. As a direct and proximate cause of the acts and omissions of the Defendants as described herein, Plaintiff suffered physical injury, medical expenses, and severe mental anguish in connection with the deprivation of his constitutional and statutory rights guaranteed by the Constitution of the United States.

## COUNT I - FEDERAL CLAIMS

34. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-34 of this Complaint as if fully rewritten herein.

35. This Count I is brought against all Defendants for the deprivation by Defendants under color of Mississippi law, statute, ordinance, regulation, custom and usage of a right, privilege,

and immunity secured to Plaintiff by the Fourth, Eighth and Fourteenth Amendments to the Constitution of the United States.

36. Defendants' violations of Plaintiff constitutional rights as described herein violate 42 U.S.C. Sections 1983.

37. Defendants' acts and omissions, and each of them, separately and in concert, as described herein, violated Plaintiff rights under the Fourth, Eighth and Fourteenth Amendment of the United States Constitution and directly and proximately caused Plaintiff to sustain physical injury, medical expenses, severe mental anguish, and emotional trauma.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

**COUNT II - STATE CLAIMS - ASSAULT AND BATTERY**

38. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-37 of this Complaint as if fully rewritten herein.

39. This Count II is brought by Plaintiff against all Defendants for the assault and battery committed by the individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith as described herein on March 27, 2011 on Plaintiff.

40. As a direct and proximate result of the acts and omissions of Defendants, as described herein, Plaintiff sustained and suffered physical injury, medical expenses, severe mental anguish, and emotional trauma.

**WHEREFORE**, Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

**COUNT III - STATE CLAIMS - UNLAWFUL USE OF EXCESSIVE FORCE**

41. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-40 of this Complaint as if fully rewritten herein.

42. This Count III is brought by Plaintiff against all Defendants for unlawful use of excessive force committed by individual Defendants Trooper Jamie Atkins, Trooper Clay Loftin, Deputy Matt Findley, Captain Glen Moore, and Deputy Randall Smith on March 27, 2011.

43. Plaintiff did not commit a crime or any act which justified the Defendants' acts and omissions as described herein, but even if he had, the Defendants were not justified in using excessive force. The use of excessive force on Plaintiff was unreasonable and totally without justification.

44. As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE**, Plaintiff Derrick Steverson demands judgment against the Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT IV - STATE CLAIMS – FAILURE TO ADEQUATELY TRAIN, INSTRUCT, CORRECT, DISCIPLINE, SUPERVISE, AND TRAIN POLICE OFFICERS

45. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-44 of this Complaint as if fully rewritten herein.

46. This Count IV is brought by Plaintiff against Defendants Mississippi Department of Public Safety and Forrest County Sheriff's Department failure to adequately instruct, correct, discipline, train, supervise and correct individual Defendants herein.

47. As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of the Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against the Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

## COUNT V - STATE CLAIMS - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

48. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-47 of this Complaint as if fully rewritten herein.

49. This Count V is brought by Plaintiff against all Defendants for intentional infliction of emotional distress.

50. As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

**COUNT VI - STATE CLAIMS -**
**SPOLIATION OF EVIDENCE**

51. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1-50 of this Complaint as if fully rewritten herein.

52. This Count VI is brought by Plaintiff against all Defendants for intentional destruction of evidence in this case, specifically audio/video of the incident that took place at the Forrest County Jail on March 27, 2011.

53. As a direct and proximate result of the foregoing illegal and willful and wanton acts and omissions of Defendants, Plaintiff suffered physical injury, emotional trauma, medical expenses, and severe mental anguish.

**WHEREFORE,** Plaintiff Derrick Steverson demands judgment against Defendants, jointly and severally, for compensatory damages in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus attorney's fees and the costs of this action, together with such other and further relief as the Court deems just and equitable.

Respectfully submitted, this the 13th day of July, 2012.

DERRICK STEVERSON
By: [signature]
PETER H. BARRETT (MSB #2069)
WILLIAM C. BARRETT (MSB #103326)

P. & W. BARRETT LAWYERS, PLLC
Jackson Office
107 North State Street
Jackson, Mississippi 39201
Phone: (601) 973-2270
Gulfport Office
2202C 25th Ave, C-3
Gulfport, MS 39501
Phone: (228) 864-9885
Email: pbarrett@pandwbarrettlawyers.com (Peter H. Barrett)
Email: wbarrett@pandwbarrettlawyers.com (William C. Barrett)

**CERTIFICATE OF SERVICE**

I, William C. Barrett, do hereby certify that I have this date served, via hand delivery, Facsimile and/or United States mail, postage prepaid, a true and correct copy of the foregoing *Complaint* upon the following:

James K. Dukes Jr.
Dukes, Dukes & Wood
226 West Pine Street
Hattiesburg, MS 39401

Charles Bolton
Forrest County Jail Chief Administrative Officer
316 Forrest St # 2,
Hattiesburg, MS 39401-3453

Santa Cruz
Commissioner of Public Safety
1900 East Woodrow Wilson Drive
Jackson, MS 39216

Sheriff Billy Bob McGee
P.O. Box 747
Hattiesburg, MS 39403

David Miller
Board Attorney
Board of Supervisors of Forest County, MS
P.O. Box 1310
Hattiesburg, MS 39403-1310

Trooper Jamie Atkins
Wherever found

Trooper Clay Loftin
Wherever found

Deputy Matt Findley
Wherever found

Captain Glen Moore
Wherever found

Deputy Randall Smith
Wherever found

This the 17th day of July, 2012.

[signature]
WILLIAM C. BARRETT

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

Court Identification Docket Number: County # / Judicial District / Court ID (CH, CI, CO)

Case Year

Docket Number

Local Docket ID

Month / Date / Year

Case Number if filed prior to 1/1/94

This area to be completed by clerk

IN THE CIRCUIT COURT OF FORREST COUNTY

Short Style of Case: Derrick Steverson vs Forrest County Mississippi, et al.

Party Filing Initial Pleading: Type/Print Name William C. Barrett

MS Bar No. 103326

___ Check (✓) if Not an Attorney ___ Check (✓) if *Pro Hac Vice* Signature ___

Compensatory Damages Sought: $ ___ Punitive Damages Sought: $ ___

***Is Child Support contemplated as an issue in this suit?*** ___ Yes ✓ No If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual Steverson (Last Name) Derrick (First Name) ( ___ ) (Maiden Name, if Applicable) ___ (Middle Init.) ___ (Jr/Sr/III/IV)

Address of Plaintiff ___

___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ___

___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:

D/B/A / Agency ___

Business ___

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:

D/B/A: ___

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual Forrest County Mississippi (Last Name) ___ (First Name) ( ___ ) (Maiden Name, if Applicable) ___ (Middle Init.) ___ (Jr/Sr/III/IV)

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ___

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:

D/B/A / Agency Forrest County Mississippi

Business ___

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A: ___

ATTORNEY FOR THIS DEFENDANT: ___ Bar No. or Name: ___ *Pro Hac Vice* (✓) ___
(If known)

***In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.***

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other ___

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other ___

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other ___

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other ___

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other ___

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other ___

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other ___

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other ___

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other ___

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other ___

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- ✓ Other 42 USC Section 1983

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

_______________ JUDICIAL DISTRICT, CITY OF Hattiesburg

Docket No. ________ - ____________ ____________ Docket No. If Filed Prior to 1/1/94 ____________
File Yr Chronological No. Clerk's Local ID

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of 1 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** Forrest County Sherrif's Dept. (Last Name) ____ (First Name) ( ____ Maiden Name, if Applicable ) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ____________

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A Forrest County Sheriff's Department

**Business** ____________
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ____________

ATTORNEY FOR THIS DEFENDANT: _______ Bar # or Name: ____________ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** Sheriff Billy McGee (Last Name) ____ (First Name) ( ____ Maiden Name, if Applicable ) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ____________

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A Forrest County Sheriff Bill McGeee

**Business** ____________
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ____________

ATTORNEY FOR THIS DEFENDANT: _______ Bar # or Name: ____________ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** MS Dept. of Public Safety (Last Name) ____ (First Name) ( ____ Maiden Name, if Applicable ) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ____________

✓ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A Mississippi Department of Public Safety, Commissioner Albert Santa Cruz

**Business** ____________
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A ____________

ATTORNEY FOR THIS DEFENDANT: _______ Bar # or Name: ____________ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

JUDICIAL DISTRICT, CITY OF Hattiesburg

Docket No. ________ - ________ ________ (File Yr / Chronological No. / Clerk's Local ID)

Docket No. If Filed Prior to 1/1/94 ________

**DEFENDANTS IN REFERENCED CAUSE - Page 2 of 3 Defendants Pages IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # 5 :**

**Individual:** Atkins (Last Name) Jamie (First Name) ( ____ Maiden Name, if Applicable) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ________

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ________

**Business** ________ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ________

ATTORNEY FOR THIS DEFENDANT: ______ Bar # or Name: ________ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # 6 :**

**Individual:** Loftin (Last Name) Clay (First Name) ( ____ Maiden Name, if Applicable) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ________

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ________

**Business** ________ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ________

ATTORNEY FOR THIS DEFENDANT: ______ Bar # or Name: ________ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # 7 :**

**Individual:** Findley (Last Name) Matt (First Name) ( ____ Maiden Name, if Applicable) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ________

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ________

**Business** ________ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ________

ATTORNEY FOR THIS DEFENDANT: ______ Bar # or Name: ________ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI
JUDICIAL DISTRICT, CITY OF Hattiesburg

Docket No. ____ - ____ ____ Docket No. If Filed Prior to 1/1/94 ____
File Yr / Chronological No. / Clerk's Local ID

**DEFENDANTS IN REFERENCED CAUSE - Page 3 of 3 Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # 8 :**

**Individual:** Moore (Last Name) Glen (First Name) ( ____ Maiden Name, if Applicable) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ____

**Business** ____ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ____

ATTORNEY FOR THIS DEFENDANT: ____ Bar # or Name: ____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # 9 :**

**Individual:** Smith (Last Name) Randall (First Name) ( ____ Maiden Name, if Applicable) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ____

**Business** ____ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ____

ATTORNEY FOR THIS DEFENDANT: ____ Bar # or Name: ____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___:**

**Individual:** ____ Last Name ____ First Name ( ____ Maiden Name, if Applicable) ____ Middle Init. ____ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ____

**Business** ____ Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ____

ATTORNEY FOR THIS DEFENDANT: ____ Bar # or Name: ____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

CIR
7-13-12

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE # CI12-0147**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10** **DEFENDANTS**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Deputy Randall Smith, Forrest County Sheriff's Department

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississi
Lou Ellen Adams, Circuit C
This the 24 day of Sep 2012.
By: [signature]

KH
7-13-12

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

DERRICK STEVERSON PLAINTIFF

VS CAUSE # CI 12-0147

FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10 DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Captain Glen Moore, Forrest County Sheriff's Department

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE CO
Forrest County, Missis
Lou Ellen Adams, Circuit
This the 29 day of Sep 201
By: [signature]

7-13-12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE #** CI12-0147

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10** **DEFENDANTS**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Deputy Matt Findley, Forrest County Sheriff's Department

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature]

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sept, 2012
By: [signature] D.C.

7-13-12

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE #** CI12-0147

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Trooper Clay Loftin, Mississippi Highway Patrol

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sept, 2012
By: [signature] D.C.

7-13-12

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

DERRICK STEVERSON — PLAINTIFF

VS — CAUSE # CI12-0147

FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10 — DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Trooper Jamie Atkins, Mississippi Highway Patrol

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: ________________ D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: ________________ D.C.

7-13-12

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE # CI12-0147**

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Mississippi Department of Public Safety, Commissioner Albert Santa Cruz

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: ______________________ D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 29 day of Sep, 2012
By: ______________________ D.C.

7-13-12

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

DERRICK STEVERSON PLAINTIFF

VS CAUSE # CI12-0147

FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10 DEFENDANTS

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Forrest County Sheriff Billy McGee

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: ______________ D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 29 day of Sep 2012
By: ______________ D.C.

EIH 7.13.12

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

DERRICK STEVERSON — PLAINTIFF

VS — CAUSE # CI 12-0147

FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10 — DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Forrest County Sheriff's Department

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sept, 2012
By: [signature] D.C.

7.13.12

## IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE #** CI 12-0147

**FORREST COUNTY MISSISSIPPI; FORREST COUNTY SHERIFF'S DEPARTMENT; FORREST COUNTY SHERIFF BILLY MCGEE; MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY, COMMISSIONER ALBERT SANTA CRUZ; TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL; DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT; JOHN AND/OR JANE DOES 1-10** **DEFENDANTS**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Forrest County Mississippi, Board of Supervisors

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep 2012
By: [signature]

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FILED
SEP 05 2012
FORREST COUNTY CIRCUIT CLERK

DERRICK STEVERSON PLAINTIFF

CAUSE # CI12-0147

VS

DEFENDANTS

FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Deputy Randall Smith, Forrest County Sheriff's Department

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: ____________ D.C.

CERTIFIED A TRUE CO
Forrest County, Missis
Lou Ellen Adams, Circui
This the 29 day of Sept 201
By: ____________

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Dept. Randall Smith

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to Donnell Brannon on the 31 day of August, where I found said person(s) in Forrest County of the State of Mississippi.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within ____ County, ____. I served the Summons and Complaint on the ____ day of ____, ____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, ____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on ____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by ____, on the ____ day of ____, 200__, or that delivery was refused.

____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott Social Security No.: 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

Address: 220 Franklin Rd Braxton, MS 39044 Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature] Loni Jean Glassmire
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI, LONI JEAN GLASSMIRE, NOTARY PUBLIC, ID NO. 77512, My Commission Expires MAY 1, 2013, RANKIN COUNTY

My Commission Expires: May 01, 2013

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE # CI12-0147**

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Captain Glen Moore, Forrest County Sheriff's Department

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sept, 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Glen Moore (captain)

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to Wendy Carmichael on the 31 day of August, where I found said person(s) in Forrest County of the State of Mississippi.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within ____ County, ____. I served the Summons and Complaint on the ____ day of ____, ____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, ____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on ____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by ____, on the ____ day of ____, 200__, or that delivery was refused.

____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott  Social Security No.: 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

Address: 220 Franklin Rd. Braxton, MS 39044  Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature]
NOTARY PUBLIC

(Seal)

STATE OF MISSISSIPPI LONI JEAN GLASSMIRE NOTARY PUBLIC ID NO. 77512 My Commission Expires MAY 1, 2013 RANKIN COUNTY

My Commission Expires: May 01, 2013

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FILED
SEP 05 2012
FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** — **PLAINTIFF**

**CAUSE #** CI12-0147

**VS**

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Deputy Matt Findley, Forrest County Sheriff's Department

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature]

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep 2012
By [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Dept. Matt Findley

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to Wendy Carmichael on the 31 day of August, where I found said person(s) in Forrest County of the State of Mississippi.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within ____ County, ____. I served the Summons and Complaint on the ____ day of ____, ____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, ____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on ____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by ____, on the ____ day of ____, 200__, or that delivery was refused.

X **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott

Address: 220 Franklin Rd Braxton, MS 39044

Social Security No.: 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

Telephone No.: 601-540-3111

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature: Loni Jean Glasson]
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI — LONI JEAN GLASSCOCK — NOTARY PUBLIC — ID NO. 77512 — My Commission Expires MAY 1, 2013 — RANKIN COUNTY

My Commission Expires: May 01, 2013

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE # CI-12-0147**

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Trooper Clay Loftin, Mississippi Highway Patrol

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature]

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Clay Loftin

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to Timothy D. Smith on the 31 day of August, where I found said person(s) in HINDS County of the State of Mississippi.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within ____ County, ____. I served the Summons and Complaint on the ____ day of ____, ____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, ____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on ____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by ____, on the ____ day of ____, 200__, or that delivery was refused.

____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott

Address: 220 Franklin Rd. Braxton, MS 39044

Social Security No.: 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

Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

Loni Jean Glassmire
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI LONI JEAN GLASSMIRE NOTARY PUBLIC ID NO. 77512 My Commission Expires MAY 1, 2013 RANKIN COUNTY

My Commission Expires: May 01, 2013

# IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE # CI12-0147**

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,**
**INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS**
**OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,**
**AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND**
**IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF**
**THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10**

## SUMMONS

THE STATE OF MISSISSIPPI

TO: Trooper Jamie Atkins, Mississippi Highway Patrol

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Jamie Atkins

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to Timothy D. Smith on the 31 day of August, where I found said person(s) in HINDS County of the State of Mississippi.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within ____ County, ____. I served the Summons and Complaint on the ____ day of ____, ____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, ____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on ____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by ____, on the ____ day of ____, 200__, or that delivery was refused.

____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott

Address: 220 Franklin Rd Braxton, MS 39044

Social Security No.: 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

Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature] Loni Jean Glassmire
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI — LONI JEAN GLASSMIRE — NOTARY PUBLIC — ID NO. 77512 — My Commission Expires MAY 1, 2013 — RANKIN COUNTY

My Commission Expires: May 01, 2013

IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

DERRICK STEVERSON PLAINTIFF

VS CAUSE # CI12-0147

DEFENDANTS

FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Mississippi Department of Public Safety, Commissioner Albert Santa Cruz

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Commissioner Albert Santa Cruz

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

✓ **PERSONAL SERVICE.** I personally delivered copies to Timothy D. Smith on the 31 day of August, where I found said person(s) in Hinds County of the State of Mississippi.

____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within ____ County, ____. I served the Summons and Complaint on the ____ day of ____, ____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, ____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on ____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by ____, on the ____ day of ____, 200__, or that delivery was refused.

____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott

Social Security No.: 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

Address: 220 Franklin Rd Braxton, MS 39044

Telephone No.: 601 540 3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature: Loni Jean Glassmire]
NOTARY PUBLIC

My Commission Expires: May 01, 2013

(Seal) STATE OF MISSISSIPPI, LONI JEAN GLASSMIRE, NOTARY PUBLIC, ID NO. 77512, My Commission Expires MAY 1, 2013, RANKIN COUNTY

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

**CAUSE # CI 12-0147**

**VS**

**FORREST COUNTY MISSISSIPPI; FORREST COUNTY SHERIFF'S DEPARTMENT; FORREST COUNTY SHERIFF BILLY MCGEE; MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY, COMMISSIONER ALBERT SANTA CRUZ; TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL; DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT; JOHN AND/OR JANE DOES 1-10** **DEFENDANTS**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Forrest County Mississippi, Board of Supervisors

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal) By: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: David Miller

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to David Miller on the 31 day of August, where I found said person(s) in Forrest County of the State of Mississippi.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott Social Security No.: 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

Address: 220 Franklin Rd Braxton, MS 39044 Telephone No.: 601-540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

Loni Jean Glassire
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI LONI JEAN GLASSIRE NOTARY PUBLIC ID NO. 77512 My Commission Expires MAY 1, 2013 RANKIN COUNTY

My Commission Expires: May 01, 2013

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

CAUSE # CI12-0147

**VS**

**DEFENDANTS**

**FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN,
INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS
OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND
IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF
THE FORREST COUNTY SHERIFF'S DEPARTMENT;
JOHN AND/OR JANE DOES 1-10**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Forrest County Sheriff's Department

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

BY: [signature]

(seal)

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep, 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Charles Bolton

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

X **PERSONAL SERVICE.** I personally delivered copies to Donnell Brannon on the 31 day of August, where I found said person(s) in Forrest County of the State of Mississippi.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, _____. I served the Summons and Complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, _____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _____, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _____, on the _____ day of _____, 200__, or that delivery was refused.

_____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott

Social Security No.: 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

Address: 220 Franklin Rd Braxton, MS 39044

Telephone No.: 601 540-3711

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature]
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI, LONI JEAN GLASSMIRE, NOTARY PUBLIC, ID NO. 77512, My Commission Expires MAY 1, 2013, RANKIN COUNTY

My Commission Expires: May 01, 2013

**IN THE CIRCUIT COURT OF FORREST COUNTY, MISSISSIPPI**

FILED
SEP 05 2012
FORREST COUNTY CIRCUIT CLERK

**DERRICK STEVERSON** **PLAINTIFF**

**VS** **CAUSE # CI12-0147**

**FORREST COUNTY MISSISSIPPI;**
**FORREST COUNTY SHERIFF'S DEPARTMENT;**
**FORREST COUNTY SHERIFF BILLY MCGEE;**
**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,**
**COMMISSIONER ALBERT SANTA CRUZ;**
**TROOPER JAMIE ATKINS AND TROOPER CLAY LOFTIN, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE MISSISSIPPI HIGHWAY PATROL;**
**DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY, AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT;**
**JOHN AND/OR JANE DOES 1-10** **DEFENDANTS**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Forrest County Sheriff Billy McGee

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to P. & W. Barrett, Lawyers, PLLC; 107 North State Street, Jackson, MS 39201. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 13 day of July, 2012.

Lou Ann Adams, Clerk
Circuit Court of Forrest County, Mississippi

(seal)

BY: [signature] D.C.

CERTIFIED A TRUE COPY
Forrest County, Mississippi
Lou Ellen Adams, Circuit Clerk
This the 24 day of Sep 2012
By: [signature] D.C.

**PROOF OF SERVICE- SUMMONS**

Name of Person or Entity Served: Sheriff Billy Bob Magee

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

✓ **PERSONAL SERVICE.** I personally delivered copies to Wendy Carmichael on the 31 day of August, where I found said person(s) in Forrest County of the State of Mississippi.

_____ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _______ County, _______. I served the Summons and Complaint on the _____ day of _______, _______, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _______, who is the (relationship), a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _______, _______, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL.** By certified mail, return receipt requested, in an envelope marked "Restricted Delivery," and as set out by Rule 4 of the Mississippi Rules of Civil Procedure, I served a copy of the Summons and Complaint on _______, at the address contained on the Summons. The return receipt shows that the Summons and Complaint were signed for by _______, on the _____ day of _______, 200__, or that delivery was refused.

____ **PUBLICATION.** By publication, made once in each week during three successive weeks ina public newspaper of the county in which the complaint is pending, such service by publication being proper as provided by statute and/or the Mississippi Rules of Civil Procedure.

At the time of service, I was at least eighteen (18) years of age.

Process server: Robert Abbott

Social Security No.: 427 45 613[illegible]

Address: 220 Franklin Rd Braxton, MS 39044

Telephone No.: 601 540 37[illegible]

STATE OF MISSISSIPPI

COUNTY OF Rankin

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Robert Abbott, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service- Summons" are true and correct as therein stated.

[signature]
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4 day of Sept, 12.

[signature] Lori Jean Glassmire
NOTARY PUBLIC

(Seal) STATE OF MISSISSIPPI — LORI JEAN GLASSMIRE — NOTARY PUBLIC — ID NO 77512 — My Commission Expires MAY 1, 2013 — RANKIN COUNTY

My Commission Expires: May 01, 2013

Peter H. Barrett | William C. Barrett
pbarrett@pandwbarrettlawyers.com | wbarrett@pandwbarrettlawyers.com

September 4, 2012

FILED

SEP 05 2012

FORREST COUNTY CIRCUIT CLERK

Lou Ellen Adams, Clerk
Forrest County Circuit Court
Post Office Box 992
Hattiesburg, Mississippi 39403

Re: *Derrick Steverson v. Forrest County, MS et al.* [CI12-0147]
Proof of Service of Complaint

Dear Ms. Adams:

Enclosed for filing in the above referenced civil matter, please find the originals and one copy of the following:

1. *Proof of Service and Summons for each Defendant*

Please return a "Filed" stamped copy of each document to my office, using the postage-prepaid envelope which is enclosed. I appreciate your assistance in this matter, and with best regards, I remain

Sincerely,

WILLIAM C. BARRETT