IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**DERRICK STEVERSON**                                                                                   **PLAINTIFF**

VS.                                               CIVIL ACTION NO.:2:12-CV-00169-KS-MTP

**FORREST COUNTY MISSISSIPPI;
FORREST COUNTY SHERIFF'S DEPARTMENT;
FORREST COUNTY SHERIFF BILLY MCGEE;
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
COMMISSIONER ALBERT SANTA CRUZ;
TROOPER JAMIE ATKINS AND TROOPER
CLAY LOFTIN, Individually, and in their Professional
Capacity as Officers of the Mississippi Highway Patrol;
DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE,
AND DEPUTY RANDALL SMITH, Individually and in
their Professional Capacity as Officers of the Forrest County
Sheriff's Department; JOHN AND/OR JANE DOES 1-10**                       **DEFENDANTS**

**RESPONSE TO MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE**

Defendants, **FORREST COUNTY MISSISSIPPI, FORREST COUNTY SHERIFF'S DEPARTMENT, FORREST COUNTY SHERIFF BILLY MCGEE, DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, Individually and in their Professional Capacity as Officers of the Forrest County Sheriff's Department**, file this their Response to Motion for Extension of Time to File Responses and would state the following, to-wit:

I.

The Defendants **FORREST COUNTY MISSISSIPPI, FORREST COUNTY SHERIFF'S DEPARTMENT, FORREST COUNTY SHERIFF BILLY MCGEE, DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL**

**SMITH, Individually and in their Professional Capacity as Officers of the Forrest County Sheriff's Department** have no objection to the Plaintiff's request for extension of time to file responses.

II.

That the Defendants **FORREST COUNTY MISSISSIPPI, FORREST COUNTY SHERIFF'S DEPARTMENT, FORREST COUNTY SHERIFF BILLY MCGEE, DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, Individually and in their Professional Capacity as Officers of the Forrest County Sheriff's Department** intend to file similar motions by Monday, October 29, 2012, at the latest.

III.

That in the best interest of judicial economy some of the responses may be similar in nature and giving Plaintiff additional time to respond to both sets of Defendants motions may possibly stream line this litigation and these Defendants have no objection to the Plaintiff being granted an extension of time to respond.

RESPECTFULLY SUBMITTED, this the ____19th____ day of October 2012.

        **FORREST COUNTY MISSISSIPPI, FORREST COUNTY SHERIFF'S DEPARTMENT, FORREST COUNTY SHERIFF BILLY MCGEE, DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH, INDIVIDUALLY AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT**

        **BY:**     **s/James K. Dukes, Jr.**
            **JAMES K. DUKES, JR., ATTORNEY FOR DEFENDANTS**

**JAMES K. DUKES, JR., ESQUIRE**
**MS STATE BAR NO. 6213**
**DUKES, DUKES AND WOOD**
**POST OFFICE BOX 2055**
**HATTIESBURG, MS  39403-2055**
**(601)  544-4121Telephone**
**(601) 544-4425 Facsimile**
**jdukesjr@jdukeslaw.com**

### CERTIFICATE

I, JAMES K. DUKES, JR., Attorney for the Defendants, FORREST COUNTY MISSISSIPPI, FORREST COUNTY SHERIFF'S DEPARTMENT, FORREST COUNTY SHERIFF BILLY MCGEE, DEPUTY MATT FINDLEY, CAPTAIN GLEN MOORE, AND DEPUTY RANDALL SMITH INDIVIDUALLY AND IN THEIR PROFESSIONAL CAPACITY AS OFFICERS OF THE FORREST COUNTY SHERIFF'S DEPARTMENT, do hereby certify that on the ____19th____ day of October, 2012, I  electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

>Peter H. Barrett
>William C. Barrett
>Attorneys for the Plaintiff
>107 North State Street
>Jackson, MS  39201
>pbarrett@panddwbarrettlawyers.com
>wbarrett@pandwbarretttlawyers.com
>
>Douglas T. Miracle
>Special Assistant Attorney General
>Office of the Attorney General
>Civil Litigation Department
>Post Office Bos 220
>Jackson, MS 39205-0220
>dmira@ago.state.ms.us

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

                                                              s/ James K. Dukes, Jr.
                                                                **JAMES K. DUKES, JR.**

C:\data\WP51\UNITED STATES DISTRICT COURT\Response to Motion for Extension of Time to file Response - Steverson vs FC.wpd

4