IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DERRICK STEVERSON**

**VS.**                                                    **CIVIL ACTION NO. 2:12CV169KS-MTP**

**FORREST COUNTY MISSISSIPPI, ET AL.**

## SECOND MOTION TO DISMISS

COMES Plaintiff Derrick Steverson, through Counsel, and moves this Court to dismiss certain claims against certain Defendants in this case without prejudice, and in support thereof, would show this Court the following:

1. That Plaintiff moves to dismiss all claims contained in the complaint against Deputy Matt Findley of the Forrest County Sheriff's Department without prejudice.

2. That Plaintiff moves to dismiss all claims contained in the complaint against Clay Loftin, without prejudice.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Plaintiff Derrick Steverson respectfully moves this Honorable Court to enter an order dismissing certain claims against certain Defendants in this case.

Respectfully submitted, this the 17th day of February, 2014.

By: */s/ William C. Barrett*
WILLIAM C. BARRETT (MSB #103326)

1

P. & W. BARRETT LAWYERS, PLLC
<u>Jackson Office</u>
107 North State Street
Jackson, Mississippi  39201
Phone:  (601) 973-2270
<u>Gulfport Office</u>
2202C 25th Ave, C-3
Gulfport, MS  39501
Phone:  (228) 864-9885
Email:  pbarrett@pandwbarrettlawyers.com (Peter H. Barrett)
Email:  wbarrett@pandwbarrettlawyers.com (William C. Barrett)

## **CERTIFICATE OF SERVICE**

I, William C. Barrett, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the 17th day of February, 2014.

 */s/ William C. Barrett*
WILLIAM C. BARRETT
